UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE TAPIA,<br><br>        Plaintiff,<br><br>  v.<br><br>SANTA CLARA UNIFIED<br>SCHOOL DISTRICT,<br><br>        Defendant.<br>_____/ | No. C 08-3108 WDB<br><br>ORDER TRANSFERRING CASE TO SAN JOSE DIVISION OF THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO CIVIL LOCAL RULE 3-2(f) |

TO ALL PARTIES AND COUNSEL OF RECORD:

Because plaintiff's Amended Complaint appears to have arisen from events that occurred within the City of Santa Clara, the Court finds that this action arose within Santa Clara County for the purposes of Civil Local Rule 3-2(e). Accordingly, pursuant to Civil Local Rule 3-2(f), the Court hereby ORDERS that this case be transferred to the San Jose Division of the Northern District of California.

Plaintiff's counsel is hereby ordered to serve a copy of this order on all parties.

IT IS SO ORDERED.

Dated:   November 24, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge

1