UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEANNE TAPIA,<br><br>          Plaintiff,<br><br>     v.<br><br>SANTA CLARA UNIFIED SCHOOL DISTRICT,<br><br>          Defendant. | Case No.: C 08-3108 PVT<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND STAYING CASE FOR 60 DAYS** |

On January 29, 2009, Plaintiff filed a Case Management Conference Statement in which Plaintiff's counsel informs the court that Plaintiff is now deceased, and requests a 60 day stay to determine who is representing Plaintiff's estate and whether the pleadings should be amended or the case dismissed.[1] Based on the Case Management Conference Statement filed,

IT IS HEREBY ORDERED that the Case Management Conference is continued to April 28, 2009. A Joint Case Management Conference Statement shall be filed no later than April 21, 2009.

IT IS HEREBY ORDERED that this case is STAYED for 60 days.

Dated: *2/2/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*