JOHN N. KITTA, Esq. (State Bar No. 71504)
JOHN N. KITTA & ASSOCIATES
A Professional Corporation
39560 Stevenson Place, Suite 217
Fremont, California 94539
Telephone: (510) 797-7990

Attorney for Plaintiff:
Jeanne Tapia

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: Matter of

Jeanne Tapia,

      Plaintiff,
vs.

Santa Clara Unified School District

      Defendant.

NO. 5 08-CV-3108

STIPULATION & ORDER RE:
XXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXX
Continuing Case Management
to July 7, 2009

    **IT IS HEREBY STIPULATED** between Plaintiff, Jeanne Tapia, by and through her attorney, JOHN N. KITTA; and Defendant, Santa Clara Unified School District, by and through their attorney, Robert M. Coelho, in this case as follows:

1. That the Case management Conference, and the review hearing, calendared on April 28, 2009 at 2:00P.M. shall be continued due to the fact that there have been a change of circumstances since the last hearing. Further, plaintiff's counsel is in the process of retrieving documents from plaintiff's previous counsel.

2. All other orders shall remain in full effect until the continued Case Management Conference and review hearing of April 28, 2009 at 2:00P.M., before the honorable Judge Patricia V. Trumbull. Courtroom 5 can be rescheduled for a date in the month of July, 2009.

IT IS FURTHER STIPULATED by and through the parties counsel that the signatures on this stipulation transmitted by electronic mail, shall be as effective as original signatures and a copy of the signature by electronic mail may be submitted to the Court as an original document for purposes of obtaining the Court's order.

Date: 4/24/09

JOHN N. KITTA, ESQ.
Attorney for Plaintiff

Date: 4/27/09

ROBERT M. COELHO, ESQ.
Attorney for Defendant

IT IS HEREBY ORDERED that the Case Management Conference is continued to July 7, 2009 at 2:00 p.m. in Courtroom 5 of this court. The parties shall file a Joint Case Management Conference Statement no later than June 30, 2009.

IT IS SO ORDERED

Dated: 4/27/09

Patricia V. Trumbull
JUDGE OF THE U.S. DISTRICT COURT